M. DOROTHY ROSCOE, Respondent, v. ROCHESTER TAXICAB COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file

and serve printed papers on appeal by December twenty-seventh and be ready for argument at opening of January, 1920, term.